**ORDER**

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

November 11, 2026

**BY CM/ECF**
Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 0710

**Re: Signet Media, Inc. v. LG Electronics U.S.A., Inc., et al.**
**Civil Action No.: 2:24-cv-04441-ES-JBC**

Dear Judge Clark:

We, along with our co-counsel, Carr Ferrell LLP, represent Plaintiff Signet Media, Inc. ("Signet") in the above matter.

On October 30, 2026, the Court issued its Opinion and Order granting in part and denying in part Signet's Motion to Seal. *See* Dkt. Nos. 106, 107. The Opinion and Order were filed under seal, and the Order directed the parties to "meet and confer within 14 days of the date of th[e] Order and . . . advise the Court on whether the continued sealing and/or redaction of th[e] Order is necessary." Dkt. No. 107 at 9. We write to respectfully request a one-week extension of time to comply with the foregoing deadline, which is presently set for Friday, November 13. We have conferred with counsel for Defendants, and Defendants consent to this request.

Good cause supports the requested extension. Counsel for Signet did not receive a copy of the sealed October 30 Opinion and Order in the mail until Monday, November 9. *See* Dkt. No. 108. In addition to the delay in receiving the sealed Opinion and Order, lead counsel for Signet who will be involved in the meet and confer process is currently in the middle of trial preparations. Accordingly, we respectfully request an additional week, until Friday, November 20, to meet and confer with Defendants and advise the Court regarding the continued sealing and/or redaction of the Opinion and Order.

If the requested extension meets with the Court's approval, we respectfully request that Your Honor execute the provision below and direct the Clerk of the Court to enter this letter on the docket.

We thank the Court for its consideration and continued assistance in this matter.

Respectfully submitted,

Arnold B. Calmann

IT IS on this 12th day of November, 2026,

SO ORDERED.

*s/ James B. Clark, III*

HON. JAMES B. CLARK, III, U.S.M.J.