Saiber
ATTORNEYS AT LAW

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

November 20, 2026

**BY CM/ECF**
Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey **ORDER**
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Signet Media, Inc. v. LG Electronics U.S.A., Inc., et al.**
**Civil Action No.: 2:24-cv-04441-ES-JBC**

Dear Judge Clark:

We, along with our co-counsel, Carr Ferrell LLP, represent Plaintiff Signet Media, Inc. ("Signet") in the above matter.

The parties have met and conferred on the issue of whether the continued sealing and/or redaction of the Court's October 30, 2026 Order (Dkt. No. 107) and Opinion (Dkt. No. 106) are necessary as directed by the Court in Paragraph V.F of the Order and the 4th Order in the Conclusion on page 14 of the Opinion.

The parties wish to advise the Court that ***the continued sealing and/or redaction of the Court's October 30, 2026 Order (Dkt. No. 107) and accompanying Opinion (Dk. No. 106) is not necessary at this point and, therefore, the parties' request that same be UNSEALED.***[1]

We thank the Court for its consideration and continued assistance in this matter.

Respectfully submitted,

Arnold B. Calmann

cc: Counsel of record (by CM/ECF)

The above request is hereby granted, this 23rd day of November, 2026:

*s/ James B. Clark, III*

**HON. JAMES B. CLARK, III, U.S.M.J.**

[1] The language contained in paragraph 3 of the parties' November 20, 2026 letter to the Court, *see* Dkt. No. 112, has been modified herein by this Court on the date of this Order, not in substance but in form only, for the sole purpose of clarifying the directives contained in this Order regarding the unsealing of the Court's October 30, 2026 Opinion & Order [Dkt. Nos. 106, 107].